# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Diana Miletich v. Timothy James, M.D.

Case Number: 16-cv-4858

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff - Diana Miletich

Attorney name (type or print): Patrick F. Bradley

Firm: Patrick F. Bradley, Ltd.

Street address: 1533 Shermer Road

City/State/Zip: Northbrook, Illinois 60062

Bar ID Number: 0272884
(See item 3 in instructions)

Telephone Number: 847-564-3500

Email Address: patrick@bradleyltd.com

Are you acting as lead counsel in this case? ☒ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☒ No

Are you a member of the court's trial bar? ☐ Yes ☒ No

If this case reaches trial, will you act as the trial attorney? ☒ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 2, 2016

Attorney signature: S/ Patrick F. Bradley
(Use electronic signature if the appearance form is filed electronically.)